# EXHIBIT 5

(34) Dany Ch Larrategui - Messages
Dany Ch Larrategui
+ New Message
Actions
Dany Ch Larrategui
Sol soy papa ,,, te quiero mucho no te abandonare nunca , tranquila que todo saldra bien ,,,, Luca te manda un lenguletazo !!!! Papa
Dany Ch Larrategui
Sol aceptame en tu face sino no podremos hablar mas ,,, los dos fcbk que tenias antes te los cerro tu mama ,, Luca esta aca todavia ,,, papa
Dany Ch Larrategui
Sol aceptame soy PAPA ,, sino no podemos hablar ,,, ok??
Dany Ch Larrategui
VALERIA ESTAS VIOLANDO LA PRIVACIDAD DE SOL ... ME LLAMARON MUCHOS AMIGOS QUE SE DIERON CUENTA QUE EL CHAT NO LO CONTESTA SOL ... CUIDADO CON LO QUE SE ESTAS HACIENDO ,,, ESTA TODO GRABADO ...
Hola pa te queria decir que te amoooooooooo con toda mi alma y a parte te extraño t te queria mandar un montos de besos para vos y luca un beso sol
Hola
Dany Ch Larrategui
sabes que hizo luca?
Sol Larrategui
que
Dany Ch Larrategui
quien es luca ?
mi perro
Dany Ch Larrategui
de que color?
marron claro
Dany Ch Larrategui
cuanto pesa?
40kilos
Dany Ch Larrategui
oo
Conversation
March 3rd.

(34) Dany Ch Larrategui - Messages

Inbox (17)

- Aliana, Joanna, Brian, 38 ot — Nov 4
- Tomas Elliff — Oct 13
- Dany Ch Larrategui — Sol — Sep 18
- Brian Carrasco — Aug 25
- Nelly Chiramberro
- Cata Get — Aug 17
- Federico Chiramberro
- Luucas Pannelli
- Andrea Marta
- Logan Henderson
- Juaan CarloOs
- Cristian Patillo
- Pablo Andrés Martinez
- Luzy Alondra Puentes
- Valentina Chiramberro
- Enrique Gilbon Gutierrez
- Fraan Vidal
- Uriel Flores
- Mario Mingo

## Dany Ch Larrategui

**Dany Ch Larrategui**
no

**[redacted]**
cuanto

**Dany Ch Larrategui**
vos eras la dueña que nunca lo ibas a abandomar y lo hiciste .. me mentiste

**[redacted]**
nnnnnnnnnnnnnnnnnnnnnnnnnnnnnnnn

**Dany Ch Larrategui**
vos tenias que mañana empezar tu ultomo grado en armonia y me mentiste vos y tu mama

**[redacted]**
no me hagas poner triste contala

**Dany Ch Larrategui**
ahora me decis que empezaste el colegio alla??

**[redacted]**
te queria decir la verdad papi

**Dany Ch Larrategui**
yo estoy muy triste aca y lo sabes

**[redacted]**
ya se que estas triste papi

ya sabes que ensito a mis dos padres

**Dany Ch Larrategui**
no sos vos sol ... vos diste otra cosa a las sicologas ... o te olvidaste tambien

**[redacted]**
de que

**Dany Ch Larrategui**
ya sabes esta escrito en tribunales y lo tiene la jueza

vos tenias que venir aca con tu mama ,, terminar tu clegio armonia y vos tu mama y yo ibamos a hablar de que ye quetaria en el futuro ... eso debiamos hacer no lo que te estan haciendo

DE ESTA FORMA NADIE ESTA BIEN , NI VOS NI YO NI TU MAMA .. TODOS PERDIMOS ESTAS SECUESTRADA Y TE DIJE QUE IBA A PASAR ESO

**[redacted]**
yo no estoy secuestrada mentiroso

**Dany Ch Larrategui**
SI TE TENIAN QUE DEVOLVER AL PAIS EL 29 DE ENERO Y NO LO HICIERON ... ESO ES ILEGAL

**[redacted]**

Write a reply...

(34) Dany Ch Larrategui - Messages

Inbox (17)

Aliana, Joanna, Brian, 38 ot...

Tomas Elliff

Dany Ch Larrategui — Sol — Sep 18

Brian Carrasco

Kelly Chiramberro

Cata Gat

Federico Chiramberro

Luucas Penoelli

Andrea Marra

Logan Henderson

Jaaan CarlcOs

Cristian Petillo

Pablo Andrés Martinez

Luzy Alondra Puentes

Valentina Chiramberro

Enrique Gilbon Guderrez

Fraan Vidal

Uriel Flores

Martu Miego

## Dany Ch Larrategui

**Dany Ch Larrategui**
SI TE TENIAN QUE DEVOLVER AL PAIS EL 29 DE ENERO Y NO LO HICIERON ... ESO ES ILEGAL

**[redacted]**
ok

**Dany Ch Larrategui**
VOS TE FUISTE DE VACACIOENES Y TENIAS QUE VOLVER PARA IR A PINAMAR TODOS JUNTOS Y NO TE DEJARON

TU MMAMA Y TU ABUELA QUE NO TE FUES A BUSCAR

ESA ES LA VERDAD .... Y SABIAS QUE TENIAS QUE TERMIANR TU COLEGIO ACA .... NO ALLA

**[redacted]**
basta de ponerme triste papa

**Dany Ch Larrategui**
ASI NO ... TODO ES UNA MENTIRA Y VOS PERMITIS ESO

**[redacted]**
cortala ya

porfas

**Dany Ch Larrategui**
Y NO ME PREGUNTES MAS POR LUCA QUE LO ABANDONASTE Y SABIAS QUE NO LO TENIAS QUE HACER ...

TENES PREPARADA TU MOCHILA Y TUS LIBROS DE 7MO PARA IR MAÑANA A ARMONIA ... TE ESTOY ESPERANDO .. PAPA

ESTAN TODOS TUS COMPAÑEROS ACA SOL ... NO ALLA ... QUE TE PASA???

**[redacted]**
nada

que te importe

**Dany Ch Larrategui**
OK VALERIA .... CHAU

**[redacted]**
soy sol

enserio

**Dany Ch Larrategui**
VOS NO SOS SOL ... MI HIJA NO ES ASI

NO ME HARIA JAMAS ESO NI ME MENTIRIA

**[redacted]**
soy yo de verdaddddddddddddddddddddddddddddddddddddddddddddddddddddddddd papaaaaaaaaaaaaaaaaaaaaaaaaaaa

chau papi hasta mañana

Write a reply...

People You May Know

Pedro Ureno — Add Friend

Walter Scaminaci — Add Friend

Ariana Cordello — Add Friend

Ashley Nixon — Add Friend

Daniela Gonzalez Topete — Add Friend

(34) Dany Ch Larrategui - Messages
Inbox (17)
Aliana, Joanna, Brian, 38 ot
Tomas Elliff
Dany Ch Larrategui
Sep 18
Brian Carrasco
Nelly Chiramberro
Cata Get
Federico Chiramberro
Lucas Peandl
Andrea Marra
Logan Henderson
Juaan CarloOs
Cristian Petillo
Pablo Andrés Martinez
Luzy Alondra Puentes
Valentina Chiramberro
Enrique Gilbon Gutierrez
Fraan Vidal
Uriel Flores
Martu Mingo
Dany Ch Larrategui
+ New Message
Actions
me reconoces
Dany Ch Larrategui
cuantos hijos tuvo alina??
3
fede , valen y yo
Dany Ch Larrategui
peor ,,te falta info ,,,, y ademas vas a ir presa
te van a deportar
llamala a valeria la mama de sol ..... que estas a 3 años de prision
tenes una cara de psilologa .....
yo que vos voy bucando un abogado ..o layer
sigamos con las preguntas y malas respuestas tuyas .... dale asi sumas mas años ...
Dany Ch Larrategui
hola
NO ME HABLES DE COSAS QUE ME HACEN PONER TRISTE
Dany Ch Larrategui
Ok te amo papa
COMO ESTAS
Dany Ch Larrategui
te digo la verdad o te miento
la verdad
Dany Ch Larrategui
vos no tenes la culpa de lo que paso
ok
Dany Ch Larrategui
pero jamas nunca pense que te extrañaria tanto como lo siento ahora
ok te amo
Dany Ch Larrategui
Write a reply...
People You May Know
Adilene Talavera
Add Friend
Michael Zepeda
Add Friend
Sponsored
Age 13 Volleyball Players
Impress 15,000 college coaches online & get a volleyball scholarship. Sign Up Captain!
Prince Royce en Vivo
Know the Truth!
Click to help animals!

**FACEBOOK CHAT**
**Feb 25th.**

**Daniel Ch Larrategui** (6:52)
I'm dad.... I love you a lot and I will never abandon you, stay calm that everything will be fine... Luca send you a tongue kiss!!!! Dad.
**Daniel Ch Larrategui** (9:50)
accept me in your Facebook if not we will never be able to talk again...the two facebooks that you had before your mom closed them... Luca is still here... dad.
**Daniel Ch Larrategui** (20:33)
accept me, it's DAD, otherwise we cannot talk ... ok???
**Daniel Ch Larrategui** (21:05)
Valeria you are violating the privacy... a lot of friends called me because doesn't answer the chat... Careful with what you are doing... everything is recorded...

**March 1st**
**S.C.** (18:26)
Hi dad I wanted to tell you that I looooooove you with all my soul and I also miss you and want to send you a lot of kisses for you and luca a kiss .

**March 3rd**

**S.C. (18:26pm)**
Hi
**Daniel Ch Larrategui** (18:39)
Do you know what Luca did?
**S.C**(18:40)
What
**Daniel Ch Larrategui**(18:40)
Who is Luca?
**S.C.** (18:40)
My dog.
**Daniel Ch Larrategui**(18:40)
What color?
**S.C.** (18:41)
Light brown.
**Daniel Ch Larrategui**(18:41)
How much does he weight?
**S.C**(18:41)
40 kilos.
**Daniel Ch Larrategui**(18:41)
No.

**S.C** (18:41)
How much
**Daniel Ch Larrategui**(18:42)
You were the owner that would never abandone him and you did… you lied to me.
**S.C** (18:43)
nnnnnnnnnnnnnn
**Daniel Ch Larrategui**(18:43)
You were supposed to start your 7th grade tomorrow in Armonia and you and your mom lied to me.
**S.C**(18:43)
Don't make me be sad. Stop it!


**Daniel Ch Larrategui**(18:43)
Now you are telling me that you started school there??
**S.C** (18:44)
I wanted to tell you the truth daddy
**Daniel Ch Larrategui**(18:44)
I'm very sad here and you know it.
**S.C**(18:44)
I know you are sad daddy, you know that I need both my parents.
**Daniel Ch Larrategui**(18:45)
This is not you    …. You said another thing to the psychologist… or you also forgot.
**S.C**(18:45)
About what…
**Daniel Ch Larrategui**(18:46)
You know it is written in Tribunales and the judge has it.
You were supposed to come back with your mother, finish your school in Armonia and you, your mom and I were going to talk about what would you like in the future… that's what we were supposed to do, not what they are doing to you.
IN THIS WAY NOBODY IS OK, NOR YOU, NOR ME NOR YOUR MOM, WE ALL LOST, YOU ARE KIDNAPED AND I TOLD YOU THIS WOULD HAPPEN.
**S.C**(18:49)
I'm not kidnaped lier
**Daniel Ch Larrategui**(18:50)
IF THEY HAD TO RETURN YOU TO THE COUNTRY ON JANUARY 29th AND THEY DIDN'T… THAT'S ILEGAL
**S.C**(18:50)
Ok
**Daniel Ch Larrategui**(18:51)

You went there on vacation and were supposed to return to go to Pinamar all together and they didn't. Your mother and your grandmother that didn't go to pick you up. That's the truth … and you know you had to finish school here… no there.

**S.C** (18:52)

Stop making me sad dad.

**Daniel Ch Larrategui**(18:53)

NOT LIKE THIS. ALL THIS IS A LIE AND YOU ALLOWED IT.

**S.C** (18:53)

Stop it now

Please

**Daniel Ch Larrategui**(18:54)

And don't ask me again about Luca because you abandoned him and you knew that you didn't have to do that. You have your backpack ready and your books from 7th grade to start tomorrow in Armonia.. I'm waiting for you…dad…. All your companions are waiting for you here …no there… What happens to you????

**S.C** (18:57)

Nothing.

What do you care

**Daniel Ch Larrategui**(18:57)

Ok Valeria …. Chau

S.C (18:57)

It's

Seriously

**Daniel Ch Larrategui**(18:58)

You are not … my daughter it's not like that.

She would never do that to me nor would lie to me.

**S.C**(18:58)

It's me, it's truuuuuuuuuuuuuuuuu daaaaaaaaaaaaadddd.

Bye Daddy good nigh.

**Daniel Ch Larrategui**(18:59)

If it's you ask to return here, finish Armonia as it has to be and we talk with your mother and you about your future and about what you like… Come back and do things right… trust me. Dad.

**S.C**(19:00)

Dream with me that we were dancing conga congaaaaaaa. Chauuuuuu

**Daniel Ch Larrategui**(19:01)

I don't dance with you anymore

**S.C**(19:01)

It's Sol
**Daniel Ch Larrategui**(19:01)
I don't have a daughter who is called    .    is manipulated and conditioned …
on top of that now, she lies.
**Daniel Ch Larrategui**(19:19)
Who gave you Luca??
**S.C**(19:38)
Kari
**Daniel Ch Larrategui**(19:50)
 and what's the name of luca's sister?
**S.C**(19:51)
Valentina

**Daniel Ch Larrategui**(19:53)
 from luca
**S.C**(19:53)
Ok
how funny
**Daniel Ch Larrategui**(19:54)
You don't know because you are not    .
 I have your IP now.
sorry
**S.C**(19:55)
Do you recognize me
**Daniel Ch Larrategui**(19:55)
How many puppies did alma had?
**S.C**(19:56)
3
Fede, valen and me.
**Daniel Ch Larrategui**(19:56)
Even worse. You are missing info….and you are also going to prison.
they are going to deport you
call Valeria ,    's mom..who is up to 3 years in prison.
you have a face of psychologist….
if I were you I would look for a attorney or a layer…
Lets continue with the questions and bad answers from you…Keep going so you add more years….

**4 de Marzo**

**Daniel Ch Larrategui**(18:40)
(hearth symbol)
**S.C.** (18:42)

Hello.
Don't talk to me about things that make me sad.
**Daniel Ch Larrategui**(18:43)
Ok , I love you, dad
**S.C**(18:43)
 How are you
**Daniel Ch Larrategui**(6:44)
 I tell you the truth or I lie to you?
            (6:44)
the truth