# EXHIBIT 6



# Recuperemos a Sol
Una causa de daniel chiramberro larrategui

## RECUPEREMOS A:

Mi nombre es Daniel Larrategui y desde el 29 de diciembre de 2012 intento recuperar a mi hija retenida ilícitamente por su madre en el Estado de California, Estados Unidos.

Necesito conseguir los fondos necesarios para poder litigar en Estados Unidos antes del 15 de septiembre, ya que nuestro país no nos facilita un abogado que represente los derechos de mi hija y míos en el exterior, es así.

Mi hija 🔴 de 🔴 años, padece desde muy pequeña problemas en su salud y una disfasia del lenguaje de tipo expresivo (TEL) y se encuentra a mi exclusivo cuidado desde hace 7 años a partir de que la madre la abandonó para radicarse de forma definitiva en Estados Unidos. La madre de 🔴 vino a visitarla a la Argentina a fines de noviembre de 2012 y en una audiencia judicial celebrada ante el Juzgado Nacional de Primera Instancia en lo Civil N° 88 durante su visita, firmamos un acuerdo que la autorizaba a llevarla de vacaciones a Estados Unidos desde el 13 de diciembre de 2012 hasta el 29 de enero de 2013. En esa fecha mi hija debió iniciar el regreso a Buenos Aires en compañía de su abuela materna o de su madre.

**10** Personas han donado
**$ 78.000**
Objetivo: $ 78.000
**0** Segundos faltan

LA CAUSA FUE EXITOSA Y RECIBIÓ SU DINERO EL 21/09/2013



Realicé un pedido formal de restitución al Departamento de Estado de USA a través de la Cancillería Argentina en el marco del acuerdo bilateral de ambos países, Convenio de la Haya de 1980, referido a la sustracción internacional de menores.

Vengo haciendo todo lo que las autoridades argentinas me han indicado y asesorado, pero en los últimos metros de esta angustiosa carrera para poder defender los derechos de mi hija en el exterior, aún no lo he logrado.

### ¿Cómo podés ayudarme?

Hoy la falta de recursos para cubrir los gastos de un abogado en este país me imposibilita a asistir legalmente a mi hija ya que la única ayuda concreta que he tenido del estado Argentino es un subsidio de 28 mil pesos reglamentado por un decreto que data del año 1995 y no me alcanza para pagar los gastos y ejercer una legítima defensa, de una ciudadana argentina, menor con discapacidad.

Mi abogada argentina pudo conseguir una abogada norteamericana que junto con Cancillería Argentina, tuvieron el año pasado un caso positivo de retorno de un niño argentino desde California, el mismo estado donde se encuentra mi hija. Pude reducir el presupuesto al 50% de lo que me pedían originalmente ya giré a Estados Unidos un adelanto para que me tomen el caso. Logré juntar entre todo US$ 7500 y agoté recursos.

Me falta recaudar más dinero para llevar adelante la defensa en los Estados Unidos ya que, caso contrario, los abogados abandonan el caso en la instancia que se encuentre. Es así lamentablemente.

Tendré la Tercera Audiencia aproximadamente en 20 días en la Corte Federal de Sacramento, California, a las dos anteriores no pude ir por falta de medios y recursos) y para ello necesito de tu ayuda para recaudar los fondos necesarios para defender el derecho de mi hija y regresar con ella a nuestro país, a su centro de vida.

A mi hija se le han suspendido desde diciembre del 2012, todos los tratamientos médicos que venía teniendo en Buenos Aires, esta con fuertes regresiones en su habla y demás temas psicológicos preocupantes por el desarraigo y la ruptura de todos los vínculos afectivos que tiene desde que nació, en su país Argentina.

Todos somos padres. Un hijo lo vale todo.

Gracias por tu ayuda.

Daniel - +54 911 15 5699 3053.

DESCRIPCIÓN   NOVEDADES (0)   **DONANTES (10)**   COMENTARIOS (1)

Link: http://bit.ly/1scYxm   </> Insertar en tu web/blog

- 20/09/2013 Ministerio de Desarrollo Social de la N...
  Donó sólo a esta causa hasta el momento
- 18/09/2013 Carlos San Martín
  Donó sólo a esta causa hasta el momento
- 10/09/2013 Flavio Pobhi
  Donó sólo a esta causa hasta el momento
- 04/09/2013 Donante anonimo
  Prefirió permanecer anónimo
- 04/09/2013 Donante anonimo
  Prefirió permanecer anónimo
- 03/09/2013 Gustavo Chiramberro
  Donó sólo a esta causa hasta el momento
- 03/09/2013 Neily Chiramberro
  Donó sólo a esta causa hasta el momento
- 29/08/2013 Alejandro
  Donó sólo a esta causa hasta el momento
- 28/08/2013 Fernando Pica
  Donó sólo a esta causa hasta el momento
- 27/08/2013 Alejandro Melkun
  Donó sólo a esta causa hasta el momento

Visto En >>
lanacion.com   TV Publica   Apertura

Colaboraciones >>
Google   RACI   CARITAS ARGENTINA

Consultas y Sugerencias

http://www.noblezaobliga.com/projects/46-recuperemos-a-sol#about

# Recuperemos a

**Mi nombre es Daniel Larrategui y desde el 29 de diciembre de 2012 intento recuperar a mi hija retenida ilícitamente por su madre en el Estado de Califorma, Estados Unidos.**

**Necesito conseguir los fondos necesarios para poder litigar en Estados Unidos antes del 15 de septiembre, ya que nuestro pais no nos facilita un abogado que represente los derechos de mi hija y mios en el exterior, es asi.**

Mi hija , de años, padece desde muy pequeña problemas en su salud y una disfasia del lenguaje de tipo expresivo (TEL) y se encuentra a mi exclusivo cuidado desde hace 7 años a partir de que la madre la abandonó para radicarse de forma definitiva en Estados Unidos. La madre de vino a visitarla a la Argentina a fines de noviembre del 2012 y en una audiencia judicial celebrada ante el Juzgado Nacional de Primera Instancia en lo Civil N° 88 durante su visita, firmamos un acuerdo que la autorizaba a llevarla de vacaciones a Estados Unidos desde el 13 de diciembre de 2012 hasta el 29 de enero de 2013. En esa fecha mi hija debió iniciar el regreso a Buenos Aires en compañía de su abuela materna o de su madre.

nunca regresó al país, ni en esa fecha ni después, ni la abuela materna viajó a buscarla, ni la madre hizo nada para cumplir con su obligación de restituirla a la Argentina.

Realicé un pedido formal de restitución al Departamento de Estado de USA a través de la Cancillería Argentina en el marco del acuerdo bilateral de ambos países, Convenio de la Haya de 1980, referido a la sustracción internacional de menores.

Vengo haciendo todo lo que las autoridades argentinas me han indicado y asesorado, pero en los últimos metros de esta angustiosa carrera para poder defender los derechos de mi hija en el exterior, aún no lo he logrado.

## ¿Cómo podés ayudarme?

Hoy la falta de recursos para cubrir los gastos de un abogado en este país me imposibilita a asistir legalmente a mi hija ya que la única ayuda concreta que he tenido del estado Argentino es un subsidio de 28 mil pesos reglamentado por un decreto que data del año 1995 y no me alcanza para pagar los gastos y ejercer una legítima defensa, de una ciudadana argentina, menor con discapacidad

Mi abogada argentina pudo conseguir una abogada norteamericana que junto con Cancillería Argentina, tuvieron el año pasado un caso positivo de retorno de un niño argentino desde California, el mismo

estado donde se encuentra mi hija. Pude reducir el presupuesto al 50% de lo que me pedían originalmente y ya giré a Estados Unidos un adelanto para que me tomen el caso. Logré juntar entre todo U$S 7500 y agote recursos.

Me falta recaudar más dinero para llevar adelante la defensa en los Estados Unidos ya que, caso contrario, los abogados abandonan el caso en la instancia que se encuentre. Es asi lamentablemente.

Tendré la Tercera Audiencia aproximadamente en 20 días en la Corte Federal de Sacramento, California, (a las dos anteriores no pude ir por falta de medios y recursos) y para ello necesito de tu ayuda para recaudar los fondos necesario para defender el derecho de mi hija y regresar con ella a nuestro país, a su centro de vida.

A mi hija se le han suspendido desde diciembre del 2012, todos los tratamientos medicos que venia teniendo en Buenos Aires, esta con fuertes regresiones en su habla y demas temas psicologicos preocupantes por el desarraigo y la ruptura de todos los vinculos afectivos que tiene desde que nacio, en su pais Argentina.

Todos somos padres. Un hijo lo vale todo.

Gracias por tu ayuda.

Daniel – +54 911 15 5699 3053.

- FIND
- CAUSES
- CREATE
- YOUR CAUSE
- BLOG
- DONATE
- REGISTER
- ENTER



NOBLEZA OBLIGA

This cause is waiting to be approved to participate in Noblesse Oblige

- 14
- Link
-  Embed on your website / blog

- **DESCRIPTION**
- **NEW (0)**
- **DONORS (10)**
- **COMMENTS (1)**

## RECLAIM

My name is Daniel Larrategui and from the December 29, 2012 attempt to get my daughter her mother wrongfully retained in Califorma State, United States.

I need to get the necessary funds to litigate in the United States before September 15, because our country does not give us an attorney to represent the rights of my daughter and mine on the outside, it is so.

My daughter       ,       , suffers from very small problems in your health and dysphasia expressive type language ( TEL ) and find my exclusive care for 7 years from the mother left to settle in a final United

States. ...s mother came to visit to Argentina in late November 2012 and at a court hearing held before the National Court of First Instance in Civil No. 88 during his visit, we signed an agreement that allows it to take vacation to the United States since December 13, 2012 until January 29 2013. At that time my daughter had to start back to Buenos Aires with his maternal grandmother or mother.

never returned home, and on that date or after, nor the grandmother mother went to look for her, and the mother did nothing to fulfill its obligation to restore to Argentina.

I made a formal request for restitution to the State Department of USA through the Argentina Chancellery agreement under the bilateral of both countries, the Hague Convention of 1980, based on the International Child Abduction.

I've been doing everything that the Argentine authorities have indicated to me and advised, but in the final meters of the race distressing to defend the rights of my daughter abroad, have not I succeeded.

## How can you help?

Today the lack of resources to cover the costs of a lawyer in this country legally precludes me to attend my daughter as the only concrete help I've had the Argentine state is a subsidy of 28 thousand pesos regulated by a decree dating from 1995 and not enough to pay the expenses and to exercise self-defense, a citizen of Argentina, Children with Disabilities

My lawyer Argentina could get an American lawyer who along with Argentina Chancellery, had a case last year positive return of Argentine child from California, the same state where my daughter. I could cut the budget 50% of what you originally asked me and I turn to the United States, a breakthrough for me to take the case. I managed to gather from around U$S 7500 and depleted resources.

I need to raise more money to conduct the defense in the United States because, otherwise, lawyers leave the case in the instance you are. It is so sadly.

I have the Third Audience approximately 20 days in the Court of Federal Sacramento, California, (the previous two could not go because of lack of means and resources) and for that I need your help to raise the funds necessary to defend the right of my daughter and take her back to our country, to the center of life.

My daughter is been suspended since December 2012, all medical treatments that came bearing in Buenos Aires, this with strong regression in speech and other psychological issues troubling by uprooting and breaking all the ties of affection that has since born in his country Argentina.

We are all parents. A son is worth everything.

Thanks for your help.
Daniel - +54 911 15 5699 3053.

# 10
People have donated

# $ 78,000
Goal: $ 78,000

# 0
Seconds missing

THE CAUSE WAS SUCCESSFUL AND RECEIVED HIS MONEY 21/09/2013

**Visto En >>**

lanacion•com  TV Publica  Apertura emprendedores•news

**Colaboraciones >>**

Google  RACI Red Argentina para la Cooperación Internacional

 CÁRITAS ARGENTINA

Colaborar es muy fácil y seguro. Podés hacer donaciones sin moverte de tu casa.
Y si no tenés tarjeta de crédito podés hacerlo a través de Pago Fácil, Rapipago, Provincia Pagos, Banelco, Link.

 MercadoPago

  

\* Ni Nobleza Obliga ni las promotores de las Causas ven tu número de Tarjeta de Crédito