# EXHIBIT 7

TRADUCCIÓN PÚBLICA

Speech-Language Pathology Report

[Upper margin:] Estela Mayorga de Pertierra and team. Speech-Language Pathologist. Cabello 3957 P. 4 Dto "D", Autonomous City of Buenos Aires. Phone numbers: 4805-2348/4803-9236

**SPEECH-LANGUAGE PATHOLOGY REPORT**

Name:

Date of birth:

Current date: December 2012

Speech-Language Pathologists in charge of therapy: María Mercedes Orzi / Macarena Canga

### Characteristics of therapy:

The patient is in neuro-linguistic therapy, receiving two 45-minute sessions per week. The therapy objective is to stimulate language development in the semantic, pragmatic, phonetic/phonological, and morphosyntactic aspects. Intervention as regards reading/writing skills is also provided, as a means of exercising language.

In addition, since May of this current year, she has been part of a linguistic working group together with another child, for the purpose of encouraging verbal interaction (in charge of Macarena Canga, SLP).

### Features of the patient:

experiences speech and language difficulties involving language expression and comprehension issues, limitation in her ability to tell her own or someone else's experiences and facts, and issues concerning language use and adaptation on the basis of interpersonal communication, among others. She also has poor ideation skills as well as limited justification and abstraction abilities.

As regards expressive difficulties, persistent sequela-like impaired articulation is observed, which diminishes intelligibility of utterances and interferes with interpersonal communication. This interference turns into frustrating and complicated situations in which, at times, she adopts a passive attitude, i.e. she limits her phrases, she does not ask questions, her narrations are very short, etc.

With reference to oral comprehension difficulties, the patient shows limited memory span, for which reason, she retains short segments and plain structures, from a grammatical point of view. Even though she improves when the stimulus comes from

1

written language, this stimulus must be almost constant in order for her to respond appropriately to the requested task. ---

Her vocabulary is limited to everyday and concrete situations or texts; she evidences difficulty in defining and describing and shows poor fluency. ---

Her narrative ability is pretty limited and requires continuous assistance both to retell and organize spontaneous utterances. She is not creative. She tends to mix ideas and she is not flexible in terms of restructuring herself so that the other person can understand. ---

recognizes necessary basic communication standards, respects her turn, listens, and answers questions. As regards her participation in a conversation, she is not always active, for which reason she generally answers social questions, but does not ask them in timely manner. Her impaired speech usually interferes and, at times, she takes the role of a little girl. Furthermore, as previously mentioned, she is not flexible in her attitude or her verbal expressions so that the other person can understand the content of what she wants to talk about, either a film, some activity that she will engage in, or a piece of news that she heard on TV, and she requires multiple questions to be able to transmit the desired information. ---

In addition, she shows difficulty with the regulation and organization of executive processes to plan an activity or sequence of actions on her own. At times, she fails to take time to analyze and resolve, having a quasi-automatic reaction in order to perform the requested activity, whether oral or written. ---

---

**Progress:** ---

During therapy, we have always had    's constant assistance. She is adapted to working circumstances and carries out all kinds of activities and proposals provided in the speech-language therapy setting, sometimes showing herself to be over-adapted, apathetic and having childish behavior. ---

Even though    has had many achievements throughout these years of treatment, the work performed this year is considered to be a "support" and "assistance" work. Currently,    's linguistic difficulties are not showing improvement and have "chronic" characteristics. She almost always needs to go back to language concepts and activities so as not to forget them (for example, the possibility to ask questions, impaired phonological processing, etc.). ---

It is worth highlighting the importance of the environment as supporter and stimulant to the development of functional language. Since very young,    has been involved in situations of dysfunctional family relationships to which she has over-adapted throughout the years. This has prevented her linguistic, cognitive and learning

2

development from being at the same level as her psychological and emotional development. Therefore, we consider that such factors interfere with the girl's balance and potential linguistic development. ---------

It is also important to take into account the tiredness after so many years of treatment. -

**Treatment in 2013:** All things considered and having made consultations with 's treatment team, we consider that the patient is over-adapted and shows tiredness, poor motivation, instability in her closest family circle, and chronicity of language difficulties. - Taking everything into account, we suggest that the neuro-linguistic therapy be interrupted for this year, so as to give place and focus on social, developmental, and personality-strengthening aspects. Foster her motivation in a leisure activity of her choice. In other words, intensify the *neuro-cognitive* therapy, assist her with the *emotional difficulties* she may experience, taking into account how important it is for her to have the necessary support and balance at this stage of her development, and get *academic support*, by way of tutoring, according to her academic level needs. ---------

The professionals who continue working can count on our support and counseling in the language field. ---------

Monitor her progress in one year; ---------

Perform a routine medical neurological examination; ---------

We remain at your disposal. ---------

Kind regards, ---------

M. Mercedes Orzi, Speech-Language Pathologist ---------

Estela Mayorga de Pertierra, Speech-Language Pathologist---------

The foregoing is a true and accurate translation into English of the original document in Spanish, which is attached hereto. In witness whereof, I sign and seal in Buenos Aires, on this 13th day of November, 2013. The translation is made up of 3 (three) pages. ------

[For certification purposes only:] **ES TRADUCCIÓN FIEL** al idioma inglés del documento original en español adjunto, que he tenido a la vista, y al que me remito en Buenos Aires, a 13 días de noviembre de 2013. La traducción consta de 3 (tres) páginas.---------

Romina Natalia Spina
Traductora Pública
Idioma Inglés
Mat. To. XVIII Fo. 399 Capital Federal
Inscrip. C.T.P.C.B.A. Nro. 7033

3



183762 71964
13/11/2013



# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

REPÚBLICA ARGENTINA
LEY 20.305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10, inc.d) de la ley 20.305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/la Traductor/a Público/a SPINA, ROMINA NATALIA

que obran en los registros de esta institución en el folio 399 del Tomo 18 en el idioma INGLES

Legalización Número:   71964

Buenos Aires, 13/11/2013

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control Interno: 18376271964

Av. Corrientes 1834 - C1045AAN - Ciudad Autónoma de Buenos Aires - 4373-7173 y líneas rotativas

THE *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Sworn translators association of the city of Buenos Aires) pursuant to 20305 act, section 10, subsection d, hereby certifies that the signature and the seal on the translation attached hereto match the signature and seal of the Sworn Translator (Traductor Público) in our files.

THIS CERTIFICATION IS NOT VALID WITHOUT THE PERTINENT CONTROL STAMP ON THE LAST PAGE OF THE TRANSLATION ATTACHED HERETO.

Vu par le *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Ordre de Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, esclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL' ULTIMO FOGLIO DELLA TRADUZIONE.

Através da presente, o *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Colégio de Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições, de conformidade com o artigo 10, alínea "d", da Lei 20.305, certifica unicamente que a assinatura e o carimbo do Traductor Público (Tradutor Público) que subscreve a tradução anexa conferem com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ SERÁ CONSIDERADA VÁLIDA COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO

BEGLAUBIGUNG. Der *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Kammer der Vereidigten Übersetzer der Stadt Buenos Aires), kraft der Befugnisse, die ihr nach Artikel 10, Abs.d) des Gesetzes 20.305 zustehen, bescheinigt hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des Traductor Público (VereidigtenÜbersetzers), die in den Registern dieser Institution hinterlegt worden sind.

DIESE BEGLAUBIGUNG IST NICHT GÜLTIG OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG.