# **<u>EXHIBIT 8</u>**



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

REPÚBLICA ARGENTINA
LEY 20.305

## LEGALIZACIÓN

la presente, el *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES*,

irtud de la facultad que le confiere el artículo 10, inc.d) de la ley 20.305, certifica únicamente que

ma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

Traductor/a Público/a SPINA, ROMINA NATALIA

obran en los registros de esta institución en el folio 399  del Tomo  18   en el idioma    INGLES

galización Número:    36397

enos Aires, 14/06/2013

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control Interno: 16632636397

Av. Corrientes 1834 - C1045AAN - Ciudad Autónoma de Buenos Aires - 4373-7173 y líneas rotativas

THE *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Sworn translators association of the city of Buenos Aires) pursuant to 20305 act, section 10, subsection d, hereto certifies that the signature and the seal of the translation affixed hereto match the signature and seal of the Sworn Translator (Traductor Público) it certifies.

THIS CERTIFICATION IS NOT VALID WITHOUT THE PERTINENT CONTROL STAMP ON THE LAST PAGE OF THE TRANSLATION ATTACHED HERETO.

Le parte COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre de Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi nº 20.305, avec la seule légalisation matérielle de la signature et du sceau du Traducteur Público (Traducteur Officiel) apposés sur la traduction ou document ci-joint, qui sont conformes à ceux déposés aux archives de notre institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION SERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Collegio dei Traduttori Giurati della Città di Buenos Aires) si sensi della facoltà contentogli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, esclusivamente, la firma ed il timbro del Traduttor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità a le firme ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL'ULTIMO FOGLIO DELLA TRADUZIONE.

Através da presente, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio de Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições, de conformidade com o artigo 10, alínea "d", da Lei 20.305, certifica unicamente que a assinatura e o carimbo do Traductor Público (Tradutor Público) que subservem à tradução anexa conferem com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ SERÁ CONSIDERADA VÁLIDA COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

BEGLAUBIGUNG. Der COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der Vereidigten Übersetzer der Stadt Buenos Aires), kraft der Befugnisse, die ihr nach Artikel 10, Abs.d) des Gesetzes 20.305 zustehen, bescheinigt hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des Traductor Público (VereidigtenÜbersetzers), die in den Registern dieser Institution hinterlegt werden sind.

DIESE BEGLAUBIGUNG IST NICHT GÜLTIG OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG

| Learning disorder | Personal interview with the father. He relates the situation occurred on Saturday. He comments that he applied for the custody (among other things for the renewal of the certificate of disability). I informed him about the meeting on the 20th at 8 a.m. He says he is tired and quite demoralized because the mother does not take charge of what she promotes. | PF4482 | Fiol,    Dolores Berta |

[Eighth row of page 33 of 45 as reads on the right bottom margin:] -----------

| 27/Nov/2008

Problem
Consultation regarding aesthetic of the feet | Service: Orthopedics and Traumatology

Evolution
Father makes an appointment to check a protuberance on the fifth metatarsal base on both feet, test: nothing of note (sp.), no pain. Flat feet. I refer the child to traumatology. | Study: Orthopedic and traumatology consultation
Responsible person
PF10151    Pivas, Nazareno |

[Ninth row of page 36 of 45 as reads on the right bottom margin:] -----------

| 29/Apr/2009

Problem
Developmental Language Disorder | Service: Pediatrics

Evolution
Father attends by order of the neurolinguist. Renewal of certificate of disability. I request to see    . | Study: Pediatric neurology consultation
Responsible person
PF339    Amertino, Hernan Mariano |

[Tenth row of page 38 of 45 as reads on the right bottom margin:] -----------

| 07/Jul/2009

Problem
Learning disorder | Service: Children's Psychopathology

Evolution
We worked with "play with stories". She is very apathetic. She has trouble paying attention and organizing herself. Andrea told me that she failed in all tests. | Study: Pediatric psychological support session
Responsible person
PF1811    Revora, Luciana |

[Sixth row of page 44 of 45 as reads on the right bottom margin:] -----------

| 10/Mar/2010

Problem
Developmental Language Disorder | Service: Children's Psychopathology

Evolution
Interview with grandparents. Both attended. They are angry about the situation resulting from the trip matter. The father initiated two criminal actions against the mother which were notified at the parents' house (emotional abuse and lack of child support payment). They talked about the situation that arose as regards the hospital reimbursements (the father made the mother sign so that he was paid back again). Currently, he does not have a computer and the mother cannot get in touch. Grandparents think that, in a sense, this is the father's territory. | Study: Pediatric psychological support session
Responsible person
PF4482    Fiol,    Dolores Berta |

Clinical Data
Date from: 01/Jan/2010
Date to: 18/Mar/2013

| Patient: | Gender: |
|---|---|
| Age: | Document Number: Argentine ID (DNI) 42201050 |

[Seventh row of page 4 of 25 as reads on the right bottom margin:]

| 18/May/2010 | Service: Pediatric Mental Health | Study: Pediatric psychopedagogical support session |
|---|---|---|
| Problem<br>Learning disorder | Evolution<br>I had an interview with the school and with the speech therapists: we gave some guidelines to work on reading comprehension, written production.<br>School asks for advice to be able to manage with the father, who is invading 's school space. | Responsible person<br>PF1811    Revora, Luciana |

[First row of page 6 of 25 as reads on the right bottom margin:]

| 30/Jun/2010 | Service: Pediatric Mental Health | Study: Pediatric psychopedagogical support session |
|---|---|---|
| Problem<br>Learning disorder | Evolution<br>He was absent without notice for 3 sessions. Today, he came with (I asked him to get in alone). They reached a settlement as regards visitation schedule extension (allowing to travel in July) and past-due child support. | Responsible person<br>PF4482    Fiol, Dolores Berta |

[First row of page 7 of 25 as reads on the right bottom margin:]

| 04/Aug/2010 | Attention conducted without cash receipt. | |
|---|---|---|
| Problem<br>Parent-child relationship problems | Evolution<br>Phone call from the mother. She is concerned about some behaviors of (infantilism, difficulty accepting limits, excessive bond with the father). For a technical reason (concerning signatures), the father has no legal custody and the mother does not want to give it now (this is likely to create legal controversies). I suggested that she send an email to Sara about these concerns, telling her that we would talk about this and that she could call me if she needed to talk about this. | Responsible person<br>PF4482    Fiol, Dolores Berta |

[Second row of page 10 of 25 as reads on the right bottom margin:]

| 09/Nov/2010 | Service: Pediatric Mental Health | Study: Pediatric psychopedagogical session |
|---|---|---|
| Problem<br>Learning disorder | Evolution<br>is very angry, distressed, reluctant to work. She has had this attitude for several sessions. | Responsible person<br>PF1811    Revora, Luciana |

4

[Ninth row of page 11 of 25 as reads on the right bottom margin:]

| 15/Mar/2011 | Service: Pediatric Mental Health | Study: Pediatric psychopedagogical session |
|---|---|---|
| Problem<br>Learning disorder | Evolution<br>Very apathetic, unmotivated. It is very difficult to work. | Responsible person<br>PF1811    Revora, Luciana |

[Seventh row of page 20 of 25 as reads on the right bottom margin:]

| 15/Mar/2012 | Service: Pediatrics | Study: Pediatric neurology consultation |
|---|---|---|
| Problem<br>Developmental Language Disorder | Evolution<br>                 patient, followed so far by Dr. Amaruno, for expressive dysphasia. So far, she has been doing speech therapy with Estela Pertierra with good results, psychopedagogy with Lic. Luciana Revora, also with good results. However, she has some difficulties in her executive functions, in her ability to deal with social situations and to modify behavior allowing her to implement, maintain, and generalize learning and social behaviors and decrease [illegible] behaviors. For this reason, it is recommended that specific neuro-cognitive treatment agreed upon on an interdisciplinary basis be conducted. I send a note to Hospital Alemán Health Plan (PMHA). | Responsible person<br>PF1886    Gonzalez, María Carolina |

[Seventh row of page 21 of 25 as reads on the right bottom margin:]

| 16/May/2012 | Service: Pediatrics | Study: Pediatric neurology consultation |
|---|---|---|
| Problem<br>Developmental Language Disorder | Evolution<br>I make treatment application orders again, as agreed on with Hospital Alemán Health Plan (PMHA). Speech therapy and neurolinguistics 3/week, neuropsychology 2/week, school and psychological integration 2/week.<br>Updated physical examination: within normal limits.<br>I send a note to Estela Pertierra and Alejandra [illegible], requesting reports by November. | Responsible person<br>PF1886    Gonzalez, Maria Carolina |

The foregoing is a true and accurate translation into English of the relevant parts of the scanned copy of the original document in Spanish, which is attached hereto. In witness whereof, I sign and seal in Buenos Aires, on this 14th day of June, 2013. The translation is made up of 5 (five) pages.

[For certification purposes only:] ES TRADUCCIÓN FIEL al idioma inglés de las partes pertinentes de la copia escaneada del documento original en español adjunto, que he tenido a la vista, y al que me remito en Buenos Aires, a 14 días de junio de 2013. La traducción consta de 5 (cinco) páginas.

Romina Natalia Spina
Traductora Pública
Idioma Inglés
Mat. To. XVIII Fo. 399 Capital Feder
Inscríp. C.T.P.C.B.A. Nro. 7033