Allison W. Maxim
MAXIM LAW, PLLC
Ramsey Professional Building
311 Ramsey Street, Suite 201
Saint Paul, Minnesota 55102
Phone: (651) 294-2407
Fax: (651) 294-2361
Allison@Maxim-Law.com
Attorney *pro hac vice* for Respondent

Diane Kaer
Attorney at Law
California State Bar Membership No. 120648
14827 Energy Way
Apple Valley, Minnesota 55124
Phone: (952) 432-4131
Fax: (952) 432-4822
Diane@Kaerlaw.com
Attorney for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br>        Petitioner,<br><br>vs.<br><br>VALERIA EGUIGUREN LABORDE,<br>        Respondent. | Case No.: 2:13-cv-01175-JAM-EFB<br><br>AFFIDAVIT OF ALLISON MAXIM |

**I, ALLISON MAXIM,** being duly sworn upon oath, states and declares as follows:

**I, ALLISON MAXIM,** being duly sworn upon oath, states and declares as follows:

    1.  I represent Respondent, Valeria Eguiguren Laborde (hereinafter "Mother"),

in the above-captioned proceeding.

2. It was brought to my attention by Petitioner's counsel, Mr. BJ Fadem, during a phone conference with him on Wednesday, November 13, 2013, that the San Joaquin County District Attorney is planning to register the September 2010 order from Argentina in the county district court pursuant to the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA). Mr. Fadem acknowledged this again at the status conference on this matter held before the court on November 15, 2013.

3. I am not aware of an order from the San Joaquin County District Court expressly staying the proceedings there pending the outcome of this matter in Federal Court and Mother is asking that this Court issue an express order staying all proceedings in state court regarding the return of the minor child to Argentina pending the outcome of this matter. It is my understanding Father is not opposed to this court issuing an order specifying that no orders from Argentina will be registered and served until the final outcome of this matter.

4. Additionally, on behalf of Respondent I renew my request that Maria Andrea Esparza, Respondent's counsel in Argentina, be permitted to appear as a witness by phone or videoconference. Her testimony about the failure of the Argentinian Court system is critical.

5. Given the trial in this matter is set to commence in one-week, I ask that the timelines for serving and filing my motion be shortened.

1  Under penalty of perjury, the declarant, Allison Maxim, hereby swears and
2  attests that the aforementioned statements are true.
3
4  Executed this 25 day of November, 2013 at St. Paul, Minnesota.
5
6                                                   _____
7                                                   Allison Maxim
8  SUBSCRIBED AND SWORN TO BEFORE ME
9  THIS 25TH DAY OF NOVEMBER, 2013.
10 _____
11 NOTARY PUBLIC

SHANNON BERG HOLMSTROM
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17