B J Fadem Esq.      SBN: 118819*
*Certified Family Law Specialist - State Board of Specialization
Ron B. Nerio, Esq, SBN: 251228
Magdalena A. LaBranch, Esq.  SBN: 262783
Corrine Gaxiola, Esq.  SBN: 270060
LAW OFFICES OF B J FADEM & ASSOCIATES, APC
111 North Market Street., Suite 910
San Jose, CA  95113
Telephone: 408-280-1220
Fax: 408-971-9940
Bjfadem@fademlaw.com

**Attorneys for Petitioner**
**DANIEL CARLOS CHIRAMBERRO LARRATEGUI**

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA

DANIEL CARLOS CHIRAMBERRO
LARRATEGUI,
      Petitioner,

vs.

VALERIA EGUIGUREN LABORDE,
      Respondent.

Case No.:  2:13-cv-01175-JAM-EFB

Date: 12/2/2013 – 12/6/2013
Time: 9:00AM
Courtroom: 6

**Petitioner, Daniel Carlos Chiramberro Larrategui's Trial Exhibit List**

Petitioner, DANIEL CARLOS CHIRAMBERRO LARRATEGUI, intends to present the following Exhibits at trial [Certified copies and Certified Translations shall be submitted at Trial]:

1. Birth Certificate & Certified Translation
2. Citizen Registration (Child)
3. Alimony Order & Certified  Translation
4. 9/27/10 Argentina Custody Order & Certified  Translation
5. 11/29/12 Argentina Order allow travel & Certified Translation
6. 4/24/2013 Order Directing District Attorney to Locate and Recover Child Pursuant to California Family Code Section §3130 *et seq.*
7. November 2013 Argentina Order for Return & Certified Translation
8. Article 15 Declaration & Certified Translation
9. 7/12/2003 Medical Treatment Records
10. 12/6/2007 Medical Treatment Records
11. 5/14/2009 Medical Treatment Records
12. 2/29/2013 Rique Statements & Certified Translation (Pedagogical Treatment)
13. 3/27/2013 Dr. Gonzales Note (6 Month Treatments) & Certified Translation
14. 3/27/2013 Dr. Gonzales Note (2 Weekly Sessions of Neuropsychological Treatment) & Certified  Translation
15. 3/27/2013 Dr. Gonzales Note (Request School Interrogation) & Certified Translation
16. 9/9/2013 Dr. Roger's Notes (Father Brings Regularly) & Certified Translation
17. 9/12/2013 Statement of Dr. Amartino (Neuropediatrician) & Certified Translation
18. 9/16/2013 Affidavit of B. Gelbaum (Psychological Institution) & Certified Translation
19. 9/20/2013 Dr. Roger's Note (Should not Interrupt Regular Treatment) & Certified Translation
20. 9/20/2013 Dr. Roger's Note (Diagnosis) & Certified Translation
21. S's Schedule
22. School Forms & Certified Translation
23. School Statement (No English Classes) & Certified Translation
24. School Statement (Description of Needs) & Certified Translation

25. December 2012 School Statement (Special Private School – Special Needs) & Certified Translation

26. Affidavit of A. Beltranibe (Description of School Needs)

27. Maeso Statement (S's Teacher) & Certified Translation

28. Gutierrez Statement (S's Teacher) & Certified Translation

29. 6/20/2010 S's School Certificate

30. S's 6th Grade School Photo

31. Video from Sol to Dad & Translation

32. Affidavit of S's Grandmother (Nelly) & Certified Translation

33. Affidavit of S's Brother (Federico) & Certified Translation

34. Affidavit of S's Sister (Valentina) & Certified Translation

35. Affidavit of Maia (Personal Caregiver) & Certified Translation

36. Affidavit of Horacio (Building Caretaker) & Certified Translation

37. Affidavit of Getzelevich (S's Volleyball Coach) & Certified Translation

38. Affidavit of R. Zyssholtz (Father of S's Friend) & Certified Translation

39. Affidavit of Mercado (Family Friend) & Certified Translation

40. Affidavit of Huarte (Family Friend) & Certified Translation

41. Affidavit of Veronica (Mother of S's Friend) & Certified Translation

42. Affidavit of Karina Manau (Family Friend) & Certified Translation

43. S's Facebook with Family Photo, S's Facebook 9/28/2013, S's Facebook [10/14-10/15], S's Facebook [10/13 – 10/14] & Certified Translations

44. Photo of S's Family

45. Note to Dad from S

46. Petitioner reserves the right to admit any further exhibits for the purpose of rebuttal.

To ensure the minor child's name is not included in any pleadings, Petitioner will provide copies directly to Respondent upon request of any documents not in their possession.

Dated:  11/23/2013              LAW OFFICES OF BJ FADEM AND ASSOCIATES, APC

BJ Fadem, Esq.
Attorney for Petitioner