B J Fadem Esq.   SBN: 118819*
* Certified Family Law Specialist - State Board of Specialization
Ron B. Nerio, Esq, SBN: 251228
Magdalena A. LaBranch, Esq. SBN: 262783
Corrine Gaxiola, Esq. SBN: 270060
LAW OFFICES OF B J FADEM & ASSOCIATES, APC
111 N. Market Street, Suite 910
San Jose, CA 95113
Telephone: 408-280-1220
Fax: 408-971-9940
bjfadem@fademlaw.com
Attorneys For Petitioner
DANIEL CARLOS CHIRAMBERRO LARRATEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br>      Petitioner,<br><br>vs.<br><br>VALERIA EGUIGUREN LABORDE,<br>      Respondent. | Case No.: 2:13-cv-01175-JAM-EFB<br><br>STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PETITIONER'S IN LIMINE MOTION FOR SUMMARY JUDGMENT<br><br>Trial Date:   12/02/2013<br>Courtroom:   6<br>Judge John A. Mendez |

Petitioner, DANIEL CARLOS CHIRAMBERRO LARRATEGUI, hereby submits in support of his in limine request for summary judgment, the following undisputed material facts:

1. Petitioner is the Father and Respondent is the Mother of the minor child, S.C. born December 12, 1999. [Respondent's Answer, p. 3:6-8]

2. The minor child, S.C. is under the age of sixteen (16) years. [Respondent's Answer, p. 3:10-13]

3. The minor child, S.C. was born in Argentina. [Respondent's Counter Petition, pp. 9-10:24-4]

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Petitioner's In Limine Motion for Summary Judgment
Page 1

4. Respondent left Argentina in 2007; the minor child remained with Petitioner. [Respondent's Counter Petition, p. 10:18-20]

5. Petitioner and Respondent litigated the custody issues with respect to S.C. for six (6) years in Argentina [Respondent's Counter Petition, p. 13:1-10]

6. The Argentina court issued a custody order in September 2010 granting Petitioner full custody of the minor child. [Argentina Custody Order of 9/27/10 – Exhibit 4 in Petitioner's trial list]

7. Respondent brought S.C. to the United States in December of 2012 for visit pursuant to an order by the Argentina court to return no later than January 29, 2013. [Respondent's Counter Petition, p. 18:22-24; Argentina Order for travel dated 11/29/12 – Exhibit 5 in Petitioner's trial list]

8. Respondent decided to retain S.C. in the United States. [Respondent's Counter Petition, p. 20:3]

9. The minor child has been diagnosed with a genetic disorder that effects her development, emotional and mental maturity, and has tested on the autistic spectrum. [Respondent's Counter Petition, pp. 20-21: 14-2]

10. Respondent alleges that the "grave risk" of harm to S.C. if returned to Argentina is

    (a)    The genetic orders and the Borderline Intellectual Functioning mood disorder that has caused S.C.'s immaturity emotionally and mentally, was not being treated properly in Argentina [Respondent's Counter Petition p. 22:3-7]

    (b)    That if S.C. does not continue the treatment she is receiving in the United States, she is at risk of developing Borderline Personality Disorder or bipolar. [Respondent's Counter Petition, pp. 22-23:24-1]

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Petitioner's In Limine Motion for Summary Judgment
Page 2

(c) That the environment in Argentina is seriously inadequate to meet S.C.'s medical and psychological needs. [Respondent's Counter Petition, p. 23:13-14]

(d) That S.C. was eliciting "overly sexualized" behaviors [Respondent's Counter Petition, p. 17:1-4]

(e) Had infestation of lice, poor hygiene, and "inappropriate discussions" with Father, that until age 11 S.C. slept in same bed with Father, and that until age 11, Father washed her hair and helped her with her shower. [Respondent's Counter Petition, p. 16:1-12]

11. Respondent had S.C. evaluated by Dr. Crawford in January 2012 wherein Dr. Crawford allegedly made a finding that S.C. had poor hygiene, "inappropriate discussions" with Father, that until age 11 S.C. slept in same bed with Father, and that until age 11, Father washed her hair and helped her with her shower. [Respondent's Counter Petition, p. 16:1-13]

12. In June of 2012, Respondent filed the equivalent of a Request for Change of Custody in the Argentina Court. [Respondent's Counter Petition, p. 17:14-20]

13. S.C. is not emotionally or mentally mature as her chronological age. [Respondent's Counter Petition, p. 16:20-24]

Dated: 11/23/2013

Respectfully submitted,

*LAW OFFICES OF B J FADEM & ASSOCIATES, APC*

B J Fadem, Esq.
Attorney for Petitioner

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Petitioner's In Limine Motion for Summary Judgment
Page 3