1  B J Fadem Esq.    SBN: 118819
   Ron B. Nerio, Esq, SBN: 251228
2  Magdalena A. LaBranch, Esq. SBN: 262783
   Corrine Gaxiola, Esq.  SBN: 270060
3  LAW OFFICES OF B J FADEM & ASSOCIATES, APC
   111 North Market Street., Suite 910
4  San Jose, CA 95113
   Telephone: 408-280-1220
5  Fax: 408-971-9940
   Bjfadem@fademlaw.com
6
   **Attorneys for Petitioner**
7  **DANIEL CARLOS CHIRAMBERRO LARRATEGUI**

FILED

DEC 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA

| DANIEL CARLOS CHIRAMBERRO LARRATEGUI, | ~~PROPOSED~~ PROTECTIVE ORDER FOR ALL UNREDACTED TRIAL EXHIBITS WITH MINOR CHILD'S NAME |
|---|---|
| Petitioner, | |
| vs. | Case No.: 2:13-cv-01175-JAM-EFB |
| VALERIA EGUIGUREN LABORDE, | Date: 12/2/2013 – 12/6/2013 |
| Respondent. | Time: 9:00AM |
| | Courtroom: 6 |

WHEREAS, Petitioner has requested pursuant to L.R. 141.1(b)(2) a protective order as to all trial exhibits unredacted with the minor child's name;

AND UPON FINDING OF GOOD CAUSE:

Any and all trial exhibits filed with the court in the course of this trial shall be deemed protected pursuant to L.R. 141.1(b)(2).

1 | IT IS SO ORDERED.

2

3 | Dated: 12-2-2013

4 | Judge of the United District Court of California – Eastern District

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24