B J Fadem Esq.    SBN: 118819
Ron B. Nerio, Esq, SBN: 251228
Magdalena A. LaBranch, Esq.  SBN: 262783
Corrine Gaxiola, Esq.  SBN: 270060
LAW OFFICES OF B J FADEM & ASSOCIATES, APC
111 North Market Street., Suite 910
San Jose, CA 95113
Telephone: 408-280-1220
Fax: 408-971-9940
Bjfadem@fademlaw.com

**Attorneys for Petitioner**
**DANIEL CARLOS CHIRAMBERRO LARRATEGUI**

FILED

DEC 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br>        Petitioner,<br><br>vs.<br><br>VALERIA EGUIGUREN LABORDE,<br>        Respondent. | ~~PROPOSED~~ PROTECTIVE ORDER FOR ALL UNREDACTED TRIAL EXHIBITS WITH MINOR CHILD'S NAME<br><br>Case No.: 2:13-cv-01175-JAM-EFB<br><br>Date: 12/2/2013 – 12/6/2013<br>Time: 9:00AM<br>Courtroom: 6 |

WHEREAS, Petitioner has requested pursuant to L.R. 141.1(b)(2) a protective order as to all trial exhibits unredacted with the minor child's name;

AND UPON FINDING OF GOOD CAUSE:

Any and all trial exhibits filed with the court in the course of this trial shall be deemed protected pursuant to L.R. 141.1(b)(2).

1  IT IS SO ORDERED.

2

3     Dated: 12-2-2013

4                                                                    /s/ John A. Mendez
                                                              Judge of the United District Court of
                                                              California – Eastern District