B J Fadem Esq.    SBN: 118819*
*Certified Family Law Specialist - State Board of Specialization
Ron B. Nerio, Esq, SBN: 251228
Magdalena A. LaBranch, Esq. SBN: 262783
Corrine Gaxiola, Esq. SBN: 270060
LAW OFFICES OF B J FADEM & ASSOCIATES, APC
111 N. Market Street, Suite 910
San Jose, CA 95113
Telephone: 408-280-1220
Fax: 408-971-9940
bjfadem@fademlaw.com
Attorneys For Petitioner
DANIEL CARLOS CHIRAMBERRO LARRATEGUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br>Petitioner,<br><br>vs.<br><br>VALERIA EGUIGUREN LABORDE,<br>Respondent. | Case No.: 2:13-cv-01175-JAM-EFB<br><br>PROPOSED ORDER DIRECTING RETURN OF THE CHILD TO COUNTRY OF HABITUAL RESIDENCE<br><br>Judge:    Hon. John A. Mendez |
|---|---|

1.   Pursuant to the provisions of The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 and the International Child Abduction Remedies Act 42 U.S.C. 11601 et seq.; and in accordance with this Court's Order; this Court ORDERS that S.C. (the "Child"), date of birth December 12, 1999, be returned to the Argentine Republic immediately.

2.   The court orders from the Argentine Republic dated September 24, 2010 and November 14, 2013 shall be enforced within the United States.

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Petitioner's Proposed Order
Page 1

1      3.    Respondent is to immediately deliver the "Child" to Petitioner at the Office of the District Attorney of San Joaquin County, Department of Child Abduction.

    4.    This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention.

    5.    The Order of this Court is made under the authority of 42 U.S.C. 11603(a), conferring upon this Court original and concurrent jurisdiction.

Dated: _____

_____
Judge of the United States District Court
Eastern District of the State of California

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Petitioner's Proposed Order
Page 2