*2014 - Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo*

FILED

JAN 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

*Consulate General and Promotion Center of the Argentine Republic*
*Los Angeles*

Los Angeles, 22 January 2014.

13 CV 1175 JAM EFB

Honorable Judge Anthony Mendez
501 I Street, Suite. 4-200
Sacramento, CA 95814

Dear Judge Mendez,

I am writing to you regarding the case "Larrategui v. Laborde" which is under your consideration. I have received and reviewed your Order and "Undertakings". In this regard, bearing in mind the requirements that you imposed in your ruling of 10 January last, I would like to express the following:

1. Argentine Courts close in January (the whole month) and July (a fortnight) every year except for a very limited number of exceptional cases. Therefore, any action needed before an Argentine Court will have to wait until Monday 3 February 2014;
2. Any visitation or access agreement or order has to be coordinated with Counsel for the Children (Defensor de Menores);
3. The Argentina court will facilitate the visitation schedule upon resuming in February; as indicated in the Argentina court order of November 14, 2013, it is already under consideration before the Court – they have been waiting for Mother to return with the child.
4. According to the Argentine laws and regulations, I can confirm that a final agreement cannot be reached in the United States because both the Court and Counsel for the Children must

participate and they are not in session until February and they must participate in person in Argentina. Therefore, any written agreement that the parents would reach in the United States could not be valid in Argentina because the Counsel for the Children must participate in the negotiations and agreement and can only do that in Argentina.

5. The time framework for the return of the minor is essential because she must return to her school in BA by the end of February when the academic and school year start in Argentina. In this regard, I must give advice, that a delay could cause her to attend an extra year because of her wrongful retention in the U.S.

I rest assured that you will consider the above facts adequately. If you deem that I can be of further assistance, please do not hesitate to write or phone. I'm here to help both judicial systems to reach a satisfactory resolution to this case.

I avail myself of this opportunity to renew to you the assurances of my highest consideration and esteem.

Ricardo Arredondo
Consul General Adjunto