153

B J Fadem Esq. SBN: 118819*
*Certified Family Law Specialist - State Board of Specialization
Ron B. Nerio, Esq, SBN: 251228
Magdalena A. LaBranch, Esq. SBN: 262783
Corrine Gaxiola, Esq. SBN: 270060
LAW OFFICES OF B J FADEM & ASSOCIATES, APC
111 N. Market Street, Suite 910
San Jose, CA 95113
Telephone: 408-280-1220
Fax: 408-971-9940
bjfadem@fademlaw.com
Attorneys For Petitioner
DANIEL CARLOS CHIRAMBERRO LARRATEGUI

JUAN JOSE GUYOT (H) - ESCRIBANO MAT. 5127

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br>Petitioner,<br><br>vs.<br><br>VALERIA EGUIGUREN LABORDE,<br>Respondent. | Case No.: 2:13-cv-01175-JAM-EFB<br><br>DECLARATION OF PETITIONER IN RE COURT ORDERED UNDERTAKINGS<br><br>Courtroom: 6<br>Judge: Hon. John A. Mendez |

I, DANIEL CARLOS CHIRAMBERRO LARRATEGUI, do declare:

1. I have taken the following steps in compliance with this Court's "undertakings" as set forth in its Order Granting Petition For Return of Child With Undertakings.

MEDICAL TREATMENT

2. S.C.'s medical team in Argentina remains the same and have all confirmed they are ready and waiting for her return,
   a. Hernan Amartino – Counseling Neurologist and Team Head
   b. Maria Carolina Gonzalez – Neurologist at Hospital Aleman
   c. Viviana Rogers – Female Pediatrician at Hospital Aleman

d. Agustina Chanfreau – Educational Psychologist – liaison between primary and secondary school at Hospital Aleman

e. Alejandra Mignani – Neuropsychologist / Neurocognitive therapies and social skills

f. Estela Pertierra – Speech and hearing therapist

g. Noelia Menarique – Integrating teacher at Colegio Armonia [school]

h. Sara Cohen / Monica Oliver – psychologist at Hospital Aleman

i. Malena Zuelgaray – Music Therapy

3. S.C.'s team of doctors have recommended that immediately upon S.C.'s return to Argentina that they conduct a previous and integral assessment in order to review and assess where S.C. is with regard to treating her Borderline Intellectual Functioning and Mood Disorder, and the emotional stress of being removed from her home and roots for a year and in order to then redefine a therapeutic multimodal health plan that would be customized to follow the guidelines of the treatments she has received in the United States and those that she was receiving in Argentina – and move forward from there.

4. All medical reports created in the United States has been disseminated and shared with S.C.'s medical team in Argentina. All further treatment of S.C. will be overseen by an interdisciplinary team of doctors in both countries. The initial primary contacts for coordination will be Dr. Hernan Amartino and Dra. Alejandra Mignani in Argentina with Dr. Pilar Bernal and Dr. Ana de Trinidad in the United States.

5. S.C.'s disability certificate shall be renewed immediately upon her return [I cannot officially renew until she is physically returned to Argentina]. She will then continue receiving all her health benefits granted by national law and secured by the Argentine

State to children with difficulties. I will also pay my portion of the uncovered medical expenses pursuant to the Argentina Court order and any and all additional medical expenses which fall outside the Argentine Court's Order as needed for S.C. When Mother initially wrongfully retained S.C. in the United States, Mother and maternal grandmother directly contacted S.C.'s medical and canceled her care. As long as that does not occur again, there should be no further interruption in her medical care or health coverage.

6. Monthly dynamic reports shall be provided by the team to both parents, informing us of the treatments evolution. In addition, there will be meetings with the parents and S.C.'s medical team [Mother may attend via Skype or telephone conference] in order to be updated as to S.C.'s progress in her matters and to incorporate her parents as to assisting her to be more at ease, happier and with better emotional and psychological health.

PARENTING SCHEDULE

7. As indicated in Ricardo Arredondo's correspondence and Ramon Vasquez's declaration, I am not able or allowed to engage in and/or enter into a specific parenting schedule or access schedule directly with Mother in that Counsel for the Minor *is required* to be involved for the negotiations *and* must approve whatever schedule the Mother and I eventually agree upon. It is not just up to the two (2) of us. The Courts in Argentina are currently closed until February. However, the issue of the visitation schedule has already been placed before the Court in Argentina. The judge and Counsel for the Minor were ready and waiting for S.C.'s return and Mother's participation so that they can go forward – that is what is referred to in the Court's November 2013 order.

8. My attorney, Ramon Vasquez, and I are ready to go forward in Court in Argentina as soon as possible. I am very open to Mother visiting in Buenos Aires any time during the school year so she can participate in taking S.C. to and from school, activities, and medical appointments; and then additional time during her holidays. We just need to have the Counsel for the Minor approve any such schedule and then submit it to the Court for the Judge's approval.

<u>SCHOOL</u>

9. Although school is still in recess in Argentina, I have been in touch with the School authorities, administration and Educational Psychologist. They are happily awaiting S.C.'s return. The only thing they need from Mother is a certificate from Monte Vista Middle School in the United States stating what grade S.C. attended, her subjects and grades [a school transcript]. The school has already reserved a place for S.C. this year – which starts the end of February.

10. The school will review the certificate from Monte Vista Middle School and see what equivalencies in the subjects are acceptable to the Argentine syllabus and will also personally evaluate S.C.'s knowledge level [they are all extremely familiar with S.C. since she's attended that school almost her entire school life].

11. Once the school has complete their analysis as set forth above, they will determine if S.C. must sit for some subject "freely" (i.e. sitting for an exam without having attended the classes at the school) for her to get her primary education degree and be promoted to the secondary cycle, or if she must attend her entire 7th grade. This is the recommendation upon the collaboration of S.C.'s medical and educational team.

12. I will personally return to the United States to bring S.C. back home.

13. I agree that an electronic signature affixed hereto shall be deemed to have the same force and effect as my original signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 03 day of February, 2014 at Buenos Aires, Argentina.

This declaration was translated to me word for word from English to Spanish by GABRIELA CORINA GALGENO. I understand fully the contents herein.

DANIEL CARLOS CHIRAMBERRO LARRATEGUI

I, GABRIELA CORINA GALGENO, do declare that I am fluent in both English and Spanish and translated this document word for word from English to Spanish for Daniel Carlos Chiramberro Larrategui.

Dated: FEB 03/2014

FIRMA(S) CERTIFICADA(S) POR ACTA N° 153
SELLO F010212263 ANEXO —
REGISTRO N° 1406

JUAN JOSÉ GUYOT (H) - ESCRIBANO - MAT. 5127

COLEGIO DE ESCRIBANOS
CIUDAD DE BUENOS AIRES
CAPITAL FEDERAL - REPUBLICA ARGENTINA

ACTA DE CERTIFICACION DE FIRMAS
LEY 404

F 010212263

Buenos Aires, 3 de Febrero de 2014. En mi carácter de escribano Adscripto al Registro 1405 de la Ciudad de Buenos Aires.

CERTIFICO: Que la/s Firmas que obra/n en el documento que adjunto a esta foja, cuyo requerimiento de certificación se formaliza simultáneamente por ACTA número --- 153 --- del LIBRO número QUINCE, es/son puesta/s en mi presencia por la/s persona/s cuyo/s nombre/s y documento/s de identidad se menciona/n a continuación así como la justificación de su identidad. Daniel Carlos CHIRAMBERRO, LARRATEGUI/ con Documento Nacional de Identidad número 14.250.436, domiciliado en la calle Güemes número 3115, Piso 8° "A", de esta Ciudad y Gabriela Corina GALTERO, con Documento Nacional de Identidad número 22.500.511, domiciliada en la calle Hipólito Yirigoyen número 3659, Piso 4° "F", de esta Ciudad; ambos personas de mi conocimiento, quienes ACTUAN por derecho propio y firman un documento redactado en idioma extranjero.- Sobrerraspado: 153.- Entre líneas: Larrategui.- Vale.-

JUAN JOSÉ GUYOT (H)
MAT. 5127
ESCRIBANO


Hospital Alemán
HA Hospital Alemán
Plan Médico
50623 47028 02 15
CHIRAMBERRO LARRATEGUI SOL
CON IVA
OI
DIC.01

[redacted]

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
República Argentina Ley 20.305

ACTUACION PROFESIONAL

**TRADUCCIÓN PÚBLICA** ——————————

SWORN TRANSLATION——————————

[On the top right corner there appears a square seal that reads: Medical Plan – Hospital Alemán – March 21, 2013 – Received – To be controlled].——————————

California, March 7, 2013. ——————————

From: Valeria Eguiguren Laborde. ——————————

To: Counsel Department of Hospital Alemán ——————————

Re: Coverage cancellation. ——————————

Dear Sirs,——————————

I am addressing you in my capacity of holder of account No. 50623 47028 01 15 (Valeria Eguiguren Laborde and Sol Chiramberro Larrategui), with the purpose of requesting the cancellation of the plan membership to which my daughter and I belong, since the request for a temporary suspension wsd denied to us some days ago. Nowadays, both my daughter and I are abroad and we must afford a prepaid medical service in the United States.——————

Even though we have been doing it for a while, affording the fees for both medical services is beyond our possibilities, this is why we expected such permission to be considered.————

The denial from Hospital Alemán to such request leaves us no choice but to do without such service, requesting that the cancellation be immediate as from next month of April, 2013. —

Today, this same letter will be sent by mail. I have been informed that it can take 5-7 working days to arrive to destination. ——————————

Therefore, I am sending this email, and the same letter via fax as well, so that with the reception of this email and fax for administrative purposes, the inconvenient represented by the distance be considered, and that the next month service fee be no longer invoiced.————

Furthermore, I also request from you absolute confidentiality as to the decisions and communications regarding the plan, contacting us via email or phone to the contact telephone number that appears at the bottom of this note. ——————————

If the situation should change and we should need a prepaid medical plan in Argentina again, we shall no doubt apply again to request the medical plan of Hospital Aleman. ——————

Yours faithfully, ——————————

Valeria Eguiguren Laborde——————————

DNI 22.503.430——————————

There appears an illegible signature, followed by: Alicia N. Groba de Eguiguren Laborde.—

By power of Valeria Eguiguren Laborde. DNI. 4.842.172——————————

Contact in Argentina——————————

Alicia Noemí Groba - Tel: 4234-8177 - Cell: 15-4083-3200------------------------------------

[END OF TRANSLATION - For certification purposes only]------------------------------

I, Gabriela Corina Galtero, duly Sworn Translator, do hereby certify that the foregoing is a true and complete translation into English of the document which served as original in Spanish, which I have had before me and to which I submit. In Buenos Aires, on this twenty-fourth of the month of January of the year two thousand fourteen.------------------------------

La que suscribe, Gabriela Corina Galtero, Traductora Pública en Idioma Inglés, por la presente certifica que la que antecede es traducción fiel y completa al inglés del documento que sirvió como original en idioma castellano que ha tenido a la vista y al cual se remite. En Buenos Aires, a los veinticuatro días del mes de enero del año dos mil catorce.------------------------

GABRIELA C. GALTERO
Traductora Pública
Inglés
Mat.: Tº XIII Fº 198 Cap. Fed.
Insc. C.T.P.C.B.A. Nº 4384

[redacted]

COLEGIO DE TRADUCTORES PUBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina

Ley 20.305

ACTUACION PROFESIONAL

**TRADUCCIÓN PÚBLICA** ——————————

SWORN TRANSLATION——————————

Judicial Power of the Argentine Republic. Year of the Bicentennial. ——————————

[On the top right corner there appears the number 382]. ——————————

Buenos Aires, March 22, 2013.- ES ——————————

I.-By virtue of the statements made and certifications attached thereto set for judicial decision, I order that the alimony obligations duly agreed on page 30 and ratified on page 32 be complied with, under penalty of execution of section 648 of the Procedural Code.——————————

II.- Therefore, notice shall be given to the Defendant, her mother and their respective attorneys ordering them to refrain from canceling Sol's medical assistance coverage at Hospital Alemán, keeping the girl within the same plan she has had until today. Notice be served urgently today with authorization to notify on non-working days and times. [Handwritten: All of the above, with summons from the Counsel. There appears an illegible signature]. ——————————

There appears an illegible signature, followed by a seal that reads: ADRIANA MONICA WAGMAISTER – JUDGE. ——————————

[Handwritten: On March 25, 2013. A summons. There appears an illegible signature.]

——————————

[END OF TRANSLATION - For certification purposes only]——————————

I, Gabriela Corina Galtero, duly Sworn Translator, do hereby certify that the foregoing is a true and complete translation into English of the document which served as in Spanish, which I have had before me and to which I submit. In Buenos Aires, on this twenty-fourth day of the month of January of the year two thousand fourteen.——————————

——————————

La que suscribe, Gabriela Corina Galtero, Traductora Pública en Idioma Inglés, por la presente certifica que la que antecede es traducción fiel y completa al inglés del documento que sirvió como original en idioma castellano que ha tenido a la vista y al cual se remite. En Buenos Aires, a los veinticuatro días del mes de enero del año dos mil catorce.——————————

——————————

GABRIELA C. GALTERO
Traductora Pública
Inglés
Mat. Tº XIII Fº 198 Cap. Fed.
Insc. C.T.P.C.B.A. Nº 438