1  B J Fadem Esq.   SBN: 118819*
   *Certified Family Law Specialist - State Board of Specialization
2  Ron B. Nerio, Esq, SBN: 251228
   Magdalena A. LaBranch, Esq. SBN: 262783
3  Corrine Gaxiola, Esq.  SBN: 270060
   LAW OFFICES OF B J FADEM & ASSOCIATES, APC
4  111 N. Market Street, Suite 910
   San Jose, CA 95113
5  Telephone: 408-280-1220
   Fax: 408-971-9940
6  bjfadem@fademlaw.com
   Attorneys For Petitioner
7  DANIEL CARLOS CHIRAMBERRO LARRATEGUI

8

9               UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA

11  DANIEL CARLOS CHIRAMBERRO           Case No.: 2:13-cv-01175-JAM-EFB
    LARRATEGUI,
12          Petitioner,                 ORDER DIRECTING RETURN OF THE
                                        CHILD TO COUNTRY OF HABITUAL
13  vs.                                 RESIDENCE

14  VALERIA EGUIGUREN LABORDE,          Judge:    Hon. John A. Mendez
            Respondent.
15

16   1. Pursuant to the provisions of The Convention on the Civil Aspects of International Child
17      Abduction, done at the Hague on October 25, 1980 and the International Child Abduction
18      Remedies Act 42 U.S.C. 11601 et seq.; and in accordance with this Court's Order dated
19      January 10, 2014; this Court ORDERS that SOL LARRATEGUI CHIRAMBERRO (the
20      "Child"), date of birth December 12, 1999, be returned to the Argentine Republic.
21   2. The return shall be accomplished by Respondent, VALERIA EGUIGUREN LABORDE
22      [hereinafter referred to as "Mother"] bringing the Child to Petitioner, DANIEL CARLOS
23      CHIRAMBERRO LARRATEGUI [hereinafter referred to as "Father"] on February 14,
24

2014 at 1:30 p.m. at the United States District Court, Eastern District of California located at 501 I Street, Courtroom No. 6, Sacramento 95814. The Court retrieve the Child's passport from the District Attorney's office to facilitate the Child's return to Argentina.

3. The Office of the District Attorney of San Joaquin County is directed to release the passport of "Sol Chiramberro Larrategui", born December 12, 1999 [held by the Office of the District Attorney pursuant to order of the Superior Court of San Joaquin County, Case Number 379231] to the undersigned United States District Court Judge.

4. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Convention.

5. The Order of this Court is made under the authority of 42 U.S.C. 11603(a), conferring upon this Court original and concurrent jurisdiction.

6. This Order is effective the date below written, and shall continue in force and effect until modified or cancelled by this Court or by a court of competent jurisdiction in the Argentina Republic.

Dated: February 7, 2014

_____
Judge of the United States District Court
Eastern District of the State of California

Larrategui vs. Laborde
2:13-cv-01175-JAM-EFB

Order Directing Return of the Child
Page 2