**UNITED STATES DISTRICT COURT**
*Eastern District of California*
Office of the Clerk
Robert T. Matsui United States Courthouse
501 "I" Street, Suite 4-200
Sacramento, California 95814-7300
Phone: 916-930-4000
Fax: 916-930-4016
Website: www.caed.uscourts.gov

Marianne Matherly
*Clerk*

Keith Holland
*Chief Deputy*

Divisional Office:
Robert E. Coyle United States Courthouse
2500 Tulare Street, Room 1501
Fresno, California 93721

FILED
FEB 14 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

February 14, 2014

Civ.S-13-1175 JAM Larrategui v Laborde

**Receipt** for return of expired Argentina passport – 42201050N - for Chirambertto Larrategui (dob-12/99)

B.J. Fadem
Atty for Petitioner.