FILED

FEB 1 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS CHIRAMBERRO LARRATEGUI,<br><br>        Petitioner,<br><br>    v.<br><br>VALERIA EGUIGUREN LABORDE,<br><br>        Respondent. | No.  2:13-cv-01175 JAM-EFB<br><br>**STIPULATION AND ORDER AGREEING ON A VISITATION REGIME TO BE PRESENTED JOINTLY TO THE ARGENTINIAN COURT AND THE GUARDIAN AD LITEM (UNDERTAKING #2)** |

Petitioner Daniel Carlos Chiramberro Larrategui ("Petitioner") and Respondent Valeria Eguiguren Laborde ("Respondent") hereby stipulate to the following visitation regime to be presented by their attorneys to the appropriate Argentinian court and the guardian ad litem for final approval:

    (1)    Respondent will be permitted 40 days each winter (i.e., between January and February) in the United States with S.C. and 20 days each summer (between July and August) in Argentina with S.C.;

    (2)    Respondent's mother (S.C.'s grandmother) will be permitted weekly visits with S.C. in Argentina (with Grandma being permitted to visit S.C. at an agreed upon location and S.C. being permitted to visit Grandma at Grandma's house);

///

1

(3) No objections to this proposed visitation regime may be made by any party to this stipulation, or their counsel, before the Argentinian court.

(4) Petitioner will not object to any request by Respondent to the Argentinian court to vacate earlier orders requiring Respondent to pay penalties for not paying support while S.C. has been in the United States and/or for retaining S.C. in the United States.

This stipulation reflects an agreement regarding the minimum amount of visits agreed to by the parties. Nothing in this agreement precludes the parties from seeking additional visits from the Argentinian court or agreeing informally to additional visits in either the United States or Argentina.

Dated: February 14, 2014

_____
Daniel Carlos
Chiramberro Larrategui
Petitioner

Dated: February 14, 2014

_____
Valeria Eguiguren Laborde
Respondent

**IT IS SO ORDERED**

**February 14, 2014**

_____
JUDGE JOHN A. MENDEZ

2