# EXHIBIT 1

Law Offices of B J Fadem & Associates, APC
111 North Market Street
Suite 910
San Jose, CA 95113
Phone: 408-280-1220
Fax: 408-971-9940



Larrategui, Daniel

# Invoice 21309

| Date | Mar 03, 2014 |
|---|---|
| Terms | |
| Service Thru | Mar 02, 2014 |

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/03/2014 | BJ | **A106 - Communicate (with client):** Email from & to client regarding declarations | 0.00 | $ 400.00/hr | No Charge |
| 02/05/2014 | SB | **A101:** Email client with Statement in re Court Ordered Undertaking w/ Declarations & Proposed Order | 0.10 | $ 125.00/hr | $ 12.50 |
| 02/05/2014 | RN | **A106:** E-mail to client | 0.10 | $ 325.00/hr | $ 32.50 |
| 02/05/2014 | SB | **A101:** File Statement in re Court Ordered Undertaking w/ Declarations & Proposed Order | 0.30 | $ 125.00/hr | $ 37.50 |
| 02/05/2014 | BJ | **A103:** Finalize Declarations and Order; Draft Statement in re Undertakings | 1.70 | $ 400.00/hr | $ 680.00 |
| 02/05/2014 | MAL | **A103 - Draft/revise:** Research for fee motion | 2.80 | $ 325.00/hr | $ 910.00 |
| 02/06/2014 | SB | **A101:** Email to S. Pittman with documents filed yesterday | 0.10 | $ 125.00/hr | $ 12.50 |
| 02/06/2014 | SB | **A101:** File Motion for Attorneys Fees and Costs | 0.30 | $ 125.00/hr | $ 37.50 |
| 02/06/2014 | BJ | **A104:** Review & Revise Application for Fees | 0.70 | $ 400.00/hr | $ 280.00 |
| 02/07/2014 | SB | **A101:** Email filed order to client, Ramon, and S. Pittman | 0.20 | $ 125.00/hr | $ 25.00 |
| 02/07/2014 | MAL | **A103 - Draft/revise:** Prepare motion to request fees for Hauge Abduction matter; Preapre attorney declaration re: same | 5.70 | $ 325.00/hr | $ 1,852.50 |
| 02/10/2014 | RN | **A103:** Draft opposition to order shortening time | 1.00 | $ 325.00/hr | $ 325.00 |
| 02/10/2014 | BJ | **A104:** Receipt & Review Motion to Vacate/Stay, Motion for New Trial, Motion to Amend Judgment, Objections to Undertakings | 2.80 | $ 400.00/hr | $ 1,120.00 |
| 02/10/2014 | SB | **A101 - Plan and prepare for:** Refile Motion for Atty Fee's and Costs | 0.10 | $ 0.00/hr | No Charge |
| 02/10/2014 | RN | **A102:** Research on order shortening time | 1.00 | $ 325.00/hr | $ 325.00 |
| 02/10/2014 | SB | **A101:** Telephone call and Email to court clerk re response to Motion to Stay | 0.10 | $ 125.00/hr | $ 12.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/2014 | BJ | **A103:** Draft Declarations of Petitioner; Draft Opposition to Motion for New Trial | 10.50 | $ 400.00/hr | $ 4,200.00 |
| 02/11/2014 | RN | **A103:** Draft opposition to amending findings | 2.00 | $ 325.00/hr | $ 650.00 |
| 02/11/2014 | DP | **A101:** Email to Interpreter | 0.10 | $ 225.00/hr | $ 22.50 |
| 02/11/2014 | RN | **A102:** File review and research for opposition to motion to amend findings | 2.00 | $ 325.00/hr | $ 650.00 |
| 02/12/2014 | RN | **A103:** Draft response to motion to amend | 5.00 | $ 325.00/hr | $ 1,625.00 |
| 02/12/2014 | RN | **A103:** Draft response to objections to undertakings | 1.50 | $ 325.00/hr | $ 487.50 |
| 02/12/2014 | DP | **A101:** Edit Citations/Certificate of Service x 2 | 0.30 | $ 225.00/hr | $ 67.50 |
| 02/12/2014 | DP | **A101:** Email to Court Interpreter | 0.10 | $ 225.00/hr | $ 22.50 |
| 02/12/2014 | SB | **A101:** File Montion for 2/14 | 0.50 | $ 125.00/hr | $ 62.50 |
| 02/12/2014 | SB | **A101:** Prepare Motions for 2/14 for filing | 0.50 | $ 125.00/hr | $ 62.50 |
| 02/12/2014 | DP | **A101:** Research re 9th Circut Court of Appeals | 0.20 | $ 225.00/hr | $ 45.00 |
| 02/12/2014 | BJ | **A103:** Review & Revise Oppositions to Motions; Draft opposition to 9th circuit writ | 4.30 | $ 400.00/hr | $ 1,720.00 |
| 02/13/2014 | DP | **A101:** Email Document(s) for Records | 0.10 | $ 225.00/hr | $ 22.50 |
| 02/13/2014 | SB | **A101:** File Opposition to Stay with Court of Appeals | 0.20 | $ 125.00/hr | $ 25.00 |
| 02/13/2014 | BJ | **A104:** Receive & Review Reply to 9th Circuit Court of Appeals | 2.30 | $ 400.00/hr | $ 920.00 |
| 02/13/2014 | RN | **A104:** Review reply to appeal and file organization | 0.40 | $ 325.00/hr | $ 130.00 |
| 02/14/2014 | BJ | **A109:** Appear and Argue Post Trial Motions in District Court - Sacramento | 7.40 | $ 400.00/hr | $ 2,960.00 |
| 02/14/2014 | LL | **A101:** Call with Court of Appeals | 0.10 | $ 125.00/hr | $ 12.50 |
| 02/14/2014 | BJ | **E125 - Translation:** Interpreter for Post Trial Motions | | | $ 200.00 |
| 02/14/2014 | BJ | **E110 - Out-of-town travel:** Parking | | | $ 16.50 |
| 02/14/2014 | BJ | **A104:** Receipt & Review Respondent's Reply | 1.30 | $ 400.00/hr | $ 520.00 |
| 02/14/2014 | RN | **A102:** Research case law | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/14/2014 | BJ | **E110 - Out-of-town travel:** Toll | | | $ 5.00 |
| 02/14/2014 | BJ | **E110 - Out-of-town travel:** Toll | | | $ 5.00 |
| 02/17/2014 | BJ | **A108:** Emails from & to District Court; Emails from | 0.70 | $ 400.00/hr | $ 280.00 |
| 02/18/2014 | BJ | **A108:** Email from & to Alejandro Mercado | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/18/2014 | RN | **A107:** Phone call with 9th circuit | 0.30 | $ 325.00/hr | $ 97.50 |
| 02/19/2014 | DP | **A101:** Email to Client | 0.10 | $ 225.00/hr | $ 22.50 |
| 02/21/2014 | DP | **A101:** Email to client | 0.10 | $ 225.00/hr | $ 22.50 |
| 02/24/2014 | BJ | **E116 - Trial transcripts:** Transcript for 2/14/2014 | | | $ 45.00 |
| 02/28/2014 | DP | **A101:** Email Document(s) to Client for Records | 0.10 | $ 225.00/hr | $ 22.50 |

|  |  |
|---|---|
| **Total Hours** | 57.60 hrs |
| **Services** | $ 20,490.00 |
| **Services Costs Overhead** | $ 717.15 |
| **Total Services** | $ 21,207.15 |

|  |  |
|---:|---:|
| **Total Expenses** | $ 271.50 |
| **Total Invoice Amount** | $ 21,478.65 |
| **Previous Balance** | $ 30,132.40 |
| **Balance (Amount Due)** | $ 51,611.05 |