# EXHIBIT 2

# Case Name: In re Larrategui   Case Id: 10140

Case Created: 9/4/2013 - 11:13 AM
Case Age: 196 Days 3 Hrs 19 Mins

Case Status: **Open**
Assigned To: Unassigned
Case Status: Open

Case Id: **10140**
Client: **Larrategui, Daniel**
Case Name: In re Larrategui
Client Contact:

Acct Manager: B J Fadem

Full Description:

Type: International
Billing Method: Hourly
Hourly Rate: Default Rates

Payment Due Upon: Bill regularly
Created By: Ron Nerio

# Accounting

Credit Limit: $ _____          Current Balance: **$51,771.05**

| Date | Number | Description | Credit Amt | Debit Amt | Balance |
| --- | --- | --- | --- | --- | --- |
| 09/03/2013 | Payment(Wire Transfer) | | $7,500.00 | | ($7,500.00) |
| 10/01/2013 | Invoice:21030 | September Billing | | $351.90 | ($7,148.10) |
| 11/04/2013 | Invoice:21094 | October 2013 Billing | | $8,197.20 | $1,049.10 |
| 11/18/2013 | Payment(Wire Transfer) | | $5,000.00 | | ($3,950.90) |
| 12/10/2013 | Invoice:21174 | Single invoice for Larrategui, Daniel | | $34,391.09 | $30,440.19 |
| 01/07/2014 | Payment(Wire Transfer) | | $8,197.20 | | $22,242.99 |
| 01/10/2014 | Invoice:21227 | Single invoice for Larrategui, Daniel | | $6,067.69 | $28,310.68 |
| 01/31/2014 | Adjustment | Interest on balance owed | | $235.92 | $28,546.60 |
| 02/04/2014 | Invoice:21257 | January Billing | | $1,585.80 | $30,132.40 |
| 03/03/2014 | Invoice:21309 | February Billing | | $21,478.65 | $51,611.05 |
| 03/19/2014 | Unbilled Activity | Unbilled Activity | | $160.00 | $51,771.05 |